JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TURNER HABERMANN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>U.S. D.O.J. BUREAU OF PRISONS, et al.,<br><br>　　　　Respondent. | Case No. CV 12-2825-CJC (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: April 26, 2012

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE